# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lois White
                          Plaintiff,

v.                                                  Case No.: 1:23–cv–07028
                                                          Honorable Martha M. Pacold

Chicago Bread, L.L.C., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Stipulation of Dismissal [20], this case is hereby dismissed with prejudice, without any award of costs or attorney's fees to either party. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.